United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL SCHEIMAN,

Plaintiff,

v.

EDWARD DON & COMPANY, LLC, et al.,

Defendants.

Case No. 26-cv-00220-TSH

**ORDER RE: MOTION FOR LEAVE TO AMEND**

Re: Dkt. No. 46

Plaintiff Michael Scheiman brings this action against Defendants Edward Don & Company, LLC ("Edward Don") and Sysco Corporation. First Am. Compl. ("FAC") (ECF No. 1-10). Edward Don filed an Answer to the FAC on March 13, 2026. ECF No. 30. On July 30, 2026, Edward Don filed a Motion for Leave to Amend Pleading to Add Counterclaim against Scheiman. ECF No. 46. The deadline to seek leave to amend pleadings is August 6, 2026. ECF No. 37. Scheiman did not file an opposition to Edward Don's Motion. The Court finds this matter suitable for disposition without oral argument and **VACATES** the September 3, 2026, hearing. *See* Civ. L.R. 7-1(b). The Court finds that the amendment is proper under Federal Rule of Civil Procedure 15. Accordingly, the Court **GRANTS** Edward Don's Motion.[1] Edward Don shall file its amended pleading by August 24, 2026. Scheiman shall file a response no later than 14 days after Edward Don's amended pleading is filed.

**IT IS SO ORDERED.**

Dated: August 17, 2026

THOMAS S. HIXSON
United States Magistrate Judge

[1] The parties consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). ECF Nos. 14, 19.