Robert W. Ottinger (SBN 156825)
robert@ottingerlaw.com
Laura Reznick (SBN 310665)
laura@ottingerlaw.com
**THE OTTINGER FIRM, P.C.**
2108 N Street, Suite N
Sacramento, CA 95816
Telephone: 415-262-0096

Attorneys for Plaintiff and Cross-Defendant
MICHAEL SCHEIMAN

Thy B. Bui (SBN 256383)
tbui@maynardnexsen.com
Weixuan Cai (SBN 320183)
wcai@maynardnexsen.com
Neha Nayak (SBN 361222)
nnayak@maynardnexsen.com
**MAYNARD NEXSEN LLP**
2121 Avenue of the Stars, Suite 650
Los Angeles, California 90067
Telephone: 310.596.4500

Attorneys for Defendants and Cross-Complainants
EDWARD DON & COMPANY, LLC
and SYSCO CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL SCHEIMAN, an individual,<br><br>Plaintiff,<br>v.<br><br>EDWARD DON & COMPANY, LLC, and SYSCO CORPORATION,<br><br>Defendants.<br>_______________________<br>EDWARD DON & COMPANY, LLC,<br><br>Cross-Complainant,<br><br>v.<br><br>MICHAEL SCHEIMAN, an individual,<br><br>Cross-Defendant. | Case No. 3:26-cv-00220-TSH (SK)<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE TRIAL, RELATED PRETRIAL DEADLINES**<br><br>[Fed. R. Civ. P. 16(b)(4); Civil L.R. 6-2 and 7-12]<br><br>Current Trial Date: July 26, 2027<br>Proposed Trial Date: November 29, 2027 |

**ORDER**

Pursuant to the Parties' stipulation, and good cause appearing under Federal Rule of Civil Procedure 16(b)(4), the Court ORDERS as follows:

1. The deadlines set in the Case Management Order (Dkt. No. 37) are continued as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | October 15, 2026 | February 12, 2027 |
| Disclosure of Expert Witnesses | November 12, 2026 | March 12, 2027 |
| Disclosure of Rebuttal Expert Witnesses | December 10, 2026 | April 9, 2027 |
| Close of Expert Discovery | January 15, 2027 | May 14, 2027 |
| Deadline to File Dispositive Motions | January 29, 2027 | May 28, 2027 |
| Hearing on Dispositive Motions (10:00 a.m.) | March 11, 2027 | July 8, 2027 |
| Exchange of Pretrial Disclosures | May 12, 2027 | September 9, 2027 |
| Deadline to File Pretrial Documents | May 27, 2027 | September 24, 2027 |
| Deadline to File Oppositions to Motions in Limine | June 3, 2027 | September 30, 2027 |
| Pretrial Conference | June 17, 2027 | October 14, 2027 |
| Final Pretrial Conference | July 15, 2027 | November 4, 2027 |
| Jury Trial | July 26, 2027 | November 29, 2027 |

2. All other provisions of the Case Management Order remain in effect.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 15, 2026___

HON. THOMAS S. HIXSON
UNITED STATES MAGISTRATE JUDGE